584

379 A.2d 577

Commonwealth v. Bellman, Appellant.

Submitted October 8, 1976. James J. Phelan, Jr., for appellant; Charles F. Gallagher, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 577

Commonwealth v. Birdsong, Appellant.

Submitted October 8, 1976. Anthony G. Bateman, for appellant; Vincent Lorusso, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.